Plantiffs Answer to Notice of Removal

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2013 MAR 26 PM 12: 39

DEPUTY CLERK _____

CIVIL ACTION 3:13-CV-01241-M-BK

John Clayton Branson          Plaintiff

V

Franklin Credit Solutions et al      Defendant(s)
Aaron B. Siegel

I, John Clayton Branson, Plaintiff, on this the 26th day of March, 2013 A.D., has no objection to the notice of removal to Federal Court.

*signature*

John Clayton Branson