**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN CLAYTON BRANSOM,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:13-CV-1241-M-BK |
| | § | |
| **FRANKLIN CREDIT SOLUTIONS,** | § | |
| **et al.,** | § | |
| Defendant. | § | |

**NOTICE OF OPTION TO CONSENT TO PROCEED
BEFORE THE MAGISTRATE JUDGE**

This case has been referred to the undersigned for pretrial management.  The parties may consent to have all further proceedings in this case, including trial, conducted by United States Magistrate Judge Toliver.  28 U.S.C. § 636(c).  Consent to the authority of the magistrate judge is voluntary and may be given at any time during the proceedings.  Moreover, any party may withhold consent without adverse substantive consequences.

A magistrate judge is often in the best position to provide a speedy, just, and inexpensive adjudication of a civil case, while still preserving the parties' right of direct appeal to the court of appeals.  Moreover, because magistrate judges do not adjudicate felony criminal cases, they can specially set a consent case for trial, without the risk of a continuance caused by a criminal case taking precedence under the Speedy Trial Act.

If all parties consent to the authority of the magistrate judge, this case will be reassigned to Judge Toliver for all further proceedings, including the entry of a final judgment, in accordance with 28 U.S.C. § 636(c).  If all parties do not consent, Judge Toliver will manage the

case throughout the pretrial process.  That will include determining non-dispositive motions and making findings and recommendations to the district judge on dispositive motions, pursuant to 28 U.S.C. § 636(b).

A consent form is attached for the parties' convenience.  If all parties consent to proceed before Judge Toliver, the form should be signed and returned to the district clerk.

**SIGNED**  March 27, 2013.

_____
RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN CLAYTON BRANSOM,** | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.  3:13-CV-1241-M-BK |
| | § | |
| **FRANKLIN CREDIT SOLUTIONS,** | § | |
| **et al.,** | § | |
| Defendant. | § | |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of 28 U.S.C. § 636(c), the parties to the above captioned civil matter hereby waive their right to proceed before a United States District Judge and consent to have a United States Magistrate Judge conduct any and all further proceedings in the above styled case (including the trial) and order entry of a final judgment.

**Party or Counsel of Record**                                             **Date**

_____                              _____

_____                              _____

_____                              _____

**Note:**     Return this form to the District Clerk only if it has been executed by all parties to the case.

_____

**ORDER OF REASSIGNMENT**

IT IS HEREBY ORDERED that the above captioned matter be reassigned to the United States Magistrate Judge Renée Harris Toliver for the conduct of all further proceedings and the entry of judgment in accordance with 28 U.S.C. § 636(c) and the foregoing consent of the parties.

DATED:_____          _____
                                                                  UNITED STATES DISTRICT JUDGE